**SAUL EWING**

**ARNSTEIN**

**& LEHR** LLP

Adam S. Fayne

Phone: 312.876.7883

adam.fayne@saul.com

www.saul.com

August 20, 2018

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
**7017 0190 0000 6528 5122**

Internal Revenue Service
Disclosure Scanning Operation - Stop 93A
Post Office Box 621506
Atlanta, GA 30362-3006

    Re:    **Reed and Marguerite Beidler**
           **SSN:** ███████████
           **1235 Hartrey Avenue**
           **Evanston, IL 60202**

To Whom It May Concern:

    Under the Provisions of the Privacy Act of 1974, 5 U.S.C. 552a and the Freedom of Information Act, 5 U.S.C. 552, and on behalf of the above-referenced taxpayers, we hereby request copies of the following documents:

    1.    All files, including electronic files, relative to the examination and proposed adjustments to tax for Form 1040 tax for the years 2012, 2013, 2014, 2015, and 2016 for the above taxpayers, including but not limited to: Revenue Agent and/or Revenue Officer worksheets, notes and work papers, history sheets, Revenue Agent Reports (RARs), memos to/from any IRS Revenue Agent, Revenue Officer, manager, officer, employee, person or any third party, transmittals, case reports, taxpayer protests, waivers of Statute of Limitations (Form 870 and/or 870A), and any statements or other records or correspondence obtained from the taxpayers, any third party, or by any other means, of any type or nature, including but not limited to bank statements, ledgers, investment account statements, notes, personal records, receipts, and any other type of document utilized, or to be utilized in the examination of said tax return, and all other reports and notations on the file.

    2.    All files, including electronic files, relative to the 1040 tax for the years 2012, 2013, 2014, 2015, and 2016 for the above taxpayers, including but not limited to: Revenue Agent

161 North Clark ♦ Suite 4200 ♦ Chicago, IL 60601
Phone: (312) 876-7100 ♦ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

SAUL EWING ARNSTEIN & LEHR LLP

Internal Revenue Service
August 20, 2018
Page 2

and/or Revenue Officer worksheets, Notices of Determinations, Offers in Compromise, Collection Due Process Hearings, notes and work papers, history sheets, Revenue Agent Reports (RARs), memos to/from any IRS Revenue Agent, Revenue Officer, manager, officer, employee, person or any third party, transmittals, case reports, taxpayer protests, waivers of Statute of Limitations (Form 870 and/or 870A), and any statements or other records or correspondence obtained from the taxpayers, any third party, or by any other means, of any type or nature, including but not limited to bank statements, ledgers, investment account statements, notes, personal records, receipts, and any other type of document and all other reports and notations on the file.

3. All transcripts, ledger cards or records of payment, and assessment or proposed assessment of any taxes for the years 2012, 2013, 2014, 2015, and 2016 against the above taxpayers.

4. All records, including electronic records, of third-party contacts and conversations by any Revenue Agent, manager or other IRS employee relative to the assessment or proposed assessment of any taxes for the years 2012, 2013, 2014, 2015, and 2016 against the above taxpayers.

5. All files, including electronic files, relative to Foreign Information Returns or other Foreign Matters for the years 2012, 2013, 2014, 2015, and 2016 for the above taxpayers, including but not limited to: Revenue Agent and/or Revenue Officer worksheets, Notices of Determinations, notes and work papers, history sheets, Revenue Agent Reports (RARs), memos to/from any IRS Revenue Agent, Revenue Officer, manager, officer, employee, person or any third party, transmittals, case reports, taxpayer protests, waivers of Statute of Limitations (Form 870 and/or 870A), and any statements or other records or correspondence obtained from the taxpayers, any third party, or by any other means, of any type or nature, including but not limited to bank statements, ledgers, investment account statements, notes, personal records, receipts, and any other type of document and all other reports and notations on the file

Enclosed herewith is a copy of Form 2848, Power of Attorney, for the above taxpayers.

SAUL EWING ARNSTEIN & LEHR <sup>LLP</sup>

Internal Revenue Service
August 20, 2018
Page 3

    If there are any fees for searching for or copying the records I have requested, please supply the records without informing me if the fees do not exceed $250.00.

    If all or any part of this request is denied, please cite the specific exemption(s) which you think justifies your refusal to release the information, and inform me of the appeal procedure available to me under the law.

    I would appreciate your handling this request as quickly as possible and I look forward to hearing from you within twenty (20) days, as the law stipulates.

Sincerely,

Adam S. Fayne

115057071.1
838962.00001
Enclosures
cc: Reed and Marguerite Beidler