

**PRIVACY, GOVERNMENTAL LIAISON AND DISCLOSURE**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

September 26, 2018

Saul, Ewing, Arnstein & Lehr, LLP
Attn: Adam Fayne
161 N Clark, Ste 4200
Chicago, IL 60601

In Re: Reed and Marguerite Beidler

Dear Mr. Fayne:

I am responding to your Freedom of Information Act (FOIA) request dated August 20, 2018 that we received on August 28, 2018.

I am unable to send the information you requested by September 26, 2018, which is the 20 business-day period allowed by law. I apologize for any inconvenience this delay may cause.

## STATUTORY EXTENSION OF TIME FOR RESPONSE

The FOIA allows an additional ten-day statutory extension in certain circumstances. To complete your request, I need additional time to search for, collect and review responsive records from other locations. We have extended the statutory response date to October 11, 2018, after which you can file suit. An administrative appeal is limited to a denial of records, so it does not apply in this situation.

## REQUEST FOR ADDITIONAL EXTENSION OF TIME

Unfortunately, we will still be unable to locate and consider release of the requested records by October 11, 2018. We have extended the response date to December 21, 2018 when we believe we can provide a final response.

You do not need to reply to this letter if you agree to this extension. You may wish to consider limiting the scope of your request so that we can process it more quickly. If you want to limit your request, please contact the individual named below. If we subsequently deny your request, you still have the right to file an administrative appeal.

You may contact our FOIA Public Liaison, Jeffrey V. Austin, to discuss your request at:

600 Arch St. Room 7214, Philadelphia, PA 19105
Tel. 267-941-6424

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>  Office of Government Information Services
>  National Archives and Records Administration
>  8601 Adelphi Road--OGIS
>  College Park, MD 20740-6001
>  202-741-5770
>  877-684-6448
>  ogis@nara.gov
>  ogis.archives.gov

You may file suit if you do not agree to an extension beyond the statutory period. Your suit may be filed in the U.S. District Court:

- Where you reside, or have your principal place of business
- Where the records are located, or
- In the District of Columbia

You may file suit after October 11, 2018. Your complaint will be treated according to the Federal Rules of Civil Procedure applicable to actions against an agency of the United States. These procedures require that the IRS be notified of the pending suit through service of process, which should be directed to:

>  Commissioner of Internal Revenue
>  Attention: CC:PA: Br 6/7
>  1111 Constitution Avenue, NW
>  Washington, D.C. 20224

The FOIA provides access to existing records. Extending the time period for responding to your request will not delay or postpone any administrative, examination, investigation or collection action.

If you have any questions please call Senior Disclosure Specialist L. Fontanez ID # 0314097, at 954-991-4151 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362. Please refer to case number F18240-0018.

Sincerely,

*Jeffrey V. Austin*

Jeffrey V Austin
Disclosure Manager
Disclosure Office 07