UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| REED BEIDLER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:19-cv-663 |
| UNITED STATES DEPARTMENT OF THE TREASURY, and INTERNAL REVENUE SERVICE, | ) ) ) ) | Judge Shah |
| Defendants. | ) ) ) ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff's Complaint alleges claims under the Freedom of Information Act

("FOIA"), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, against the Defendants

the United States Department of the Treasury ("Treasury"), and the Internal Revenue

Service ("Service"). Defendants contend that they have not been properly served with

the summons and complaint in this matter.[1]

---

[1] Although Plaintiff contends the Attorney General was properly served by certified mail, the United States' records do not reflect service upon the Attorney General by any method. In addition, Defendants contend that the service upon the United States Attorney for the Northern District of Illinois is deficient in that it did not include the Exhibits to the Complaint. *See* Dkt. Nos. 7-8 (Complaint's Exhibits not filed with Court until March 15, 2019).

To the extent that Fed.R.Civ.P. 6(b) is applicable, this Court has the discretion to grant an extension of time for good cause. A motion requesting such relief should be made before the time for filing expires. Fed. R. Civ. P. 6(b). *See also, Lujan v. Nat'l Wildlife Fed'n,* 497 U.S. 871, 896 n. 5 (1990) ("Rule 6(b)(1) allows a court ('for cause shown' and 'in its discretion') to grant a 'request' for an extension of time, whether the request is made 'with or without motion or notice,' provided the request is made before the time for filing expires.").

If plaintiff had properly served the Defendants with the summons and the complaint, the answer would have been due under the FOIA. Moreover, good cause supports the requested extension of time. The undersigned counsel has requested but has not yet received all information and files necessary to investigate and thereafter to answer or otherwise to plead in response to the allegations of the Complaint. In an effort to avoid unnecessary motion practice, Plaintiff does not oppose Defendants requesting leave to answer or otherwise to plead in response to the Complaint no later than April 30, 2019.

Nor will the extension delay any pretrial proceedings as the Defendant will attend the currently scheduled April 10, 2019 Status Hearing, should the Court determine that a pre-answer hearing will be useful. Finally, the undersigned ,attorney contacted counsel for the Plaintiff who stated that Plaintiff does not oppose the relief requested by this motion.

Dated:  April 1, 2019                    Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Joseph E. Hunsader
JOSEPH E. HUNSADER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227 -- Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 514-0472
Email:  joseph.e.hunsader@usdoj.gov

JOHN R. LAUSCH, Jr.
United States Attorney

/s/Nigel B. Cooney
NIGEL B. COONEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
Tel: (312) 353-1996
Email:  nigel.cooney@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following documents:

(1)     UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER
        OR OTHERWISE RESPOND TO THE COMPLAINT

(2)     ORDER

with the Court's ECF system on April 1, 2019, which system serves all filed documents

on the same day to all counsel of record participating in the ECF system including

upon:

        Casey T. Grabenstein
        Saul Ewing Arnstein & Lehr
        161 N. Clark Street
        Chicago, IL  60601
        (312) 876-7810

                                        /s/Joseph E. Hunsader
                                        Joseph E. Hunsader
                                        Trial Attorney, Tax Division