UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REED BEIDLER, <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE <br><br> Defendant. | No. 1:19-cv-663 |

## UPDATED STATUS REPORT

Plaintiff Reed Beidler, by and through the undersigned counsel, and having consulted with counsel for Defendant Internal Revenue Service ("IRS"), submits this Updated Status Report pursuant to the Court's July 1, 2020 Order:

1. Plaintiff received the IRS' final FOIA production on August 10, 2020.

2. Plaintiff is reviewing this production for completeness.

3. Assuming the production is complete, Plaintiff will voluntarily dismiss this action.

Respectfully submitted,

REED BEIDLER,

By: _____
One of His Attorneys

1

37329792.1

Casey Grabenstein (casey.grabenstein@saul.com)
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, Illinois  60601
(312) 876-7100

37329792.1

## CERTIFICATE OF SERVICE

    Casey T. Grabenstein, an attorney, hereby certifies that a copy of the foregoing was served on all counsel of record through the Court's ECF system on August 14, 2020.

                                              Casey T. Grabenstein